IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHAUNA NICHOLSON, | ] |
| | ] |
| Plaintiff, | ] |
| | ] |
| v. | ]   CV-10-BE-0372-S |
| | ] |
| Zoe's Kitchen, Inc., et al., | ] |
| | ] |
| Defendants. | ] |

## MEMORANDUM OPINION

This case comes before the court on "Defendants' Motion to Dismiss for Failure to Exhaust Administrative Remedies" (doc. 6).  Because the motion appeared well taken and supported by evidence, the court ordered Plaintiff to show cause in writing why the motion should not be granted (doc. 8).  The Plaintiff filed "Plaintiff's Response to the Court's Show Cause Order and Response to Defendant's Motion and Brief in Support of Motion to Dismiss for Failure to Exhaust Administrative Remedies" (doc. 10), to which the Defendants filed a reply brief (doc. 12).

No one disputes that "[t]he law is clear in this circuit that plaintiffs in ERISA actions must exhaust available administrative remedies before suing in federal court." *Counts v. Am. Gen. Life & Accid. Ins. Co.*, 111 F.3d 105, 107 (11th Cir. 1997).  The Plaintiff submitted a letter dated February 2, 2010 – after the filing of this suit and Defendants' motion – that Plaintiff refers to as denying "her last appeal."  However, that letter clearly states the procedures for appealing that decision.  Thus, Plaintiff has not exhausted all administrative remedies available to her.

Plaintiff mentions the court's discretion to excuse the exhaustion requirement when

1

administrative remedies would be futile or inadequate. *See Curry v. Contract Fabricators Inc. Profit Sharing Plan*, 891 F.2d 842, 846 (11th Cir. 1990). She does not present any reason, however, why the court should exercise its discretion in this case.

 Therefore, having found that Plaintiff failed to exhaust her administrative remedies, the court must dismiss her claim. A separate order so doing will be filed contemporaneously.

 DONE and ORDERED this 7th day of April 2010.

             */s/ Karon O. Bowdre*
             KARON OWEN BOWDRE
             UNITED STATES DISTRICT JUDGE